UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Gregory G. Hollows
United States Magistrate Judge
Sacramento, California

         RE: Aurora ALVARDO
            Docket Numbers: 2:03MJ00114-01
                     2:08MJ00179-01
            <u>**CONFINEMENT TIME**</u>

Your Honor:

On July 21, 2008, the above named offender pled guilty to Counts 1 and 2 alleging a violation of 18 USC 13 and CVC 14601.1(a) - Driving When Privilege is Suspended and Revoked. On October 27, 2008, the offender was sentenced to a term of 12 months probation. She was ordered to pay a $300 fine and a $10 special assessment. The following special condition was also ordered: Pursuant to 18 USC 3563(b)(10), the defendant shall serve a total of 30 days in the custody of the Bureau of Prisons through a period of intermittent confinement. The defendant shall serve her time on consecutive weekends until the 30 days have been completed. The defendant shall commence to serve her sentence as directed by the probation officer.

Mrs. Alvarado began her weekend confinement time on January 9, 2009, at the Yuba County Jail. On February 20, 2009, this officer was notified by Mrs. Alvardo that she has been having difficulty with her diabetes and one of her eyes had been affected. Mrs. Alvarado has been seeing a doctor and is now going to an eye specialist. Due to her medical condition, this officer gave her permission not to do her confinement time for the weekend of February 20, 2009 through February 22, 2009.

Mrs. Alvarado would like to start back up her weekend confinement time with Yuba County Jail on February 27, 2009. Her medical doctor is aware of the fact she has to serve weekend confinement and has approved this as long as she takes her prescribed medications. This officer confirmed that the nurse at the jail will give Mrs. Alvarado her medications as prescribed.

**RE:**   Aurora ALVARADO
          Docket Numbers:   2:03MJ00114-01 and 2:08MJ00179-01
          <u>CONFINEMENT TIME</u>


Since the special condition regarding her custody time states "consecutive weekends", this officer is respectfully requesting the Court grant permission to have her confinement time she took between January 9, 2009, and February 15, 2009, which is 18 days be counted as part of her 30 days served (with a one week lapse due to her medical condition) and that she can now continue with the rest of her weekend confinement.

If you have any questions, please contact me at (916) 930-4389.

                    Respectfully submitted,


                    /s/Lori L. Koehnen for
                    **TONI M. ORTIZ**
                    **United States Probation Officer**

Dated:       February 26, 2009
             Sacramento, California
             TMO/cp


**REVIEWED BY:**      /s/Lori L. Koehnen for
                      **KYRIACOS M. SIMONIDIS**
                      **Supervising United States Probation Officer**


cc:     Richard Sheomaker-Moyle, CLS
        United States Attorney's Office

        Nushin Sackarati, CLS
        Federal Defender;s Office

**RE:  Aurora ALVARADO**
  **Docket Numbers:   2:03MJ00114-01 and 2:08MJ00179-01**
  **CONFINEMENT TIME**

_____

ORDER:

[ x ]   The 18 days from January 9, 2009 to February 15, 2009 (weekends), shall be counted toward her 30 days of confinement as per Special Condition Number 1.

[ ]   The 18 days from January 9,2009 to February 15, 2009 (weekends) shall **not** be counted toward her 30 days of confinement as per Special Condition Number 1.

[ ]   Other:

/s/ Gregory G. Hollows                                                                    February 26, 2009
_____                    _____
**GREGORY G. HOLLOWS**                                                              DATE
United States Magistrate Judge

alvardo.ord